A. H. Stone, Chairman State Tax Commission, *v.* International Harvester Company.

(In Banc.   May 25, 1942.)

[8 So. (2d) 229.   No. 35002.]

Geo. H. Ethridge, of Jackson, R. W. Heidelberg, of Hattiesburg, and J. H. Sumrall, of Jackson, for appellant.

Chambers & Trenholm, of Jackson, for appellee.

Argued orally by E. L. Trenholm, for appellee.

Smith, C. J., delivered the opinion of the court.

This case is similar in its facts to that of Stone v. Allis-Chalmers Manufacturing Company, 193 Miss. 294, 8 So. (2d) 228, this day decided, and the question here presented is that dealt with in the last paragraph of the opinion in that case, and is governed thereby.   Affirmed.